

# NUMBER 13-25-00302-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PAG MCALLEN T1, LLC
D/B/A TOYOTA OF PHARR,

Appellant,

v.

MARIA RODRIGUEZ,
TOYOTA MOTOR ENGINEERING
& MANUFACTURING NORTH AMERICA, INC.,
TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR NORTH AMERICA, INC.,

Appellees.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 4
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Cron and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the Court on a joint motion for disposition pursuant to settlement which is construed as a motion to dismiss. On July 29, 2025, the parties were ordered to mediation. Upon review of the joint motion, it appears the settlement agreement has been finalized and the parties now request dismissal of the appeal.

The Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the joint motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the agreed motion, costs are taxed against the party incurring same. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
4th day of December, 2025.

2